UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| DOROTHY GALANAY BIRKELAND,<br><br>Plaintiff,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION fka THE BANK OF NEW YORK TRUST COMPANY, N.A. as successor to JPMORGAN CHASE BANK, as TRUSTEE FOR RESIDENTIAL FUNDING MORTGAGE SECURITIES II, INC., HOME EQUITY LOAN-BACKED TERM NOTES, SERIES 2003-HS1, and OCWEN LOAN SERVICING, LLC,<br><br>Defendants. | Court File No.: 16-cv-02200-SRN-KMM<br><br><br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Based on the Stipulation for Dismissal with Prejudice submitted jointly by the parties (ECF No. 21), it is **HEREBY ORDERED** that all claims, including all counterclaims, are dismissed with prejudice and each party shall bear its own expenses, costs and fees.

Dated:  March 31, 2017               s/Susan Richard Nelson
                                     Susan Richard Nelson
                                     United States District Judge